# Third District Court of Appeal

## State of Florida

Opinion filed August 17, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0780
Lower Tribunal No. F98-21444
_____

**Aramis Hernandez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Joseph Perkins, Judge.

Aramis Hernandez, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.